JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAVAN L. ROSATI, ESQUIRE - State Bar #146171
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON DAHL,<br><br>    Plaintiff,<br><br>vs.<br><br>EMERSON ELECTRIC CO., HOME DEPOT USA, INC. DOES 1 to 30,<br><br>    Defendants. | Case No. C 08-04850 VRW<br><br>APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DEFENDANT HOME DEPOT U.S.A., INC. |

Defendant HOME DEPOT U.S.A., INC. hereby applies to substitute in HENNELLY & GROSSFELD LLP as its attorneys of record in this action in the place of Jenkins Goodman Neuman & Hamilton LLP, 417 Montgomery Street, 10th Floor, San Francisco, CA 94104. Defendant HOME DEPOT U.S.A., INC. and its counsel have consented to said substitution as indicated below by execution of this application.

DATED: November 10, 2008    JENKINS GOODMAN NEUMAN & HAMILTON LLP

                   By: /s/ Pavan L. Rosati
                   PAVAN L. ROSATI
                   Attorneys for Defendant HOME DEPOT U.S.A., INC.

-1-

APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DEFENDANT HOME DEPOT U.S.A., INC.

| | | |
|---|---|---|
| 1 | I consent to this substitution. | Defendant HOME DEPOT U.S.A., INC. |
| 2 | Dated: 11-10-08 | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | JONATHAN WHITE, Corporate Counsel<br>HOME DEPOT U.S.A., INC. |
| 6 | I accept this substitution. | |
| 7 | Dated: Nov 12, 2008 | HENNELLY & GROSSFELD LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | BRIAN M. ENGLUND |

## ORDER

Defendant's HOME DEPOT U.S.A., INC.'s application for substitution of attorneys is granted.

Dated: 11/21/2008

_____
VAUGHN R. WALKER
JUDGE, U.S. DISTRICT COURT

**GRANTED** — Judge Vaughn R Walker
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

f:\docs\jsg\dahl v. hd\pleadings\substitution.doc

Jenkins Goodman
Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

-2-

APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR
DEFENDANT HOME DEPOT U.S.A., INC.