1 | **HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
2 | Brian M. Englund, CSB#070753
11335 Gold Express Drive, Suite 145
3 | Gold River, California 95670
Telephone: (916) 638-8600/Facsimile: (916) 638-8770
4 | E-mail: kgrossfeld@hgla.com

5 | Attorneys for Defendant,
EMERSON ELECTRIC CO.
6 | And HOME DEPOT USA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON DAHL, | CASE NO. C 08-04850 VRW |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| v. | |
| EMERSON ELECTRIC CO., HOME DEPOT USA, INC., and DOES 1 through 30, inclusive, | |
| Defendants. | |

The parties stipulate that the court's scheduling order shall be modified as follows:

July Selection: April 27, 2010, at 8:30 a.m.

Trial Date: May 3, 2010, at 8:30 a.m.

Designation of Experts/Reports: February 4, 2010

Rebuttal Expert/Report: February 22, 2010

Expert Discovery Cut-off: March 31, 2010

Pretrial Conference: April 15, 2010, at 2:00 p.m.

HENNELLY & GROSSFELD LLP

Dated: December 21, 2009    By: _____
Brian M. Englund
Attorneys for Defendant
EMERSON ELECTRIC CO.
and HOME DEPOT, U.S.A., INC.

1
**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

```
                                        RIVES & LITORNO


Dated: December 22, 2009            By: /s/ Ronald P. Rives
                                        Ronald P. Rives
                                        Attorneys for Plaintiff
                                        BYRON DAHL
```

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 12/23, 2009

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA