RONALD P. RIVES (CSB 58130)
LAW OFFICE OF RONALD P. RIVES
2211 Railroad Avenue
PITTSBURG, CA 94565
PH:   (925) 432-3511
FAX:  (925) 432-3516
E-mail: riveslaw@sbcglobal.net

STEVEN BRADY, ESQ.
LAW OFFICES OF STEVEN BRADY
1015 IRWIN STREET
SAN RAFAEL, CA 94901
(415) 517-7773
Bradydesk@yahoo.com

Attorneys for Plaintiff
BYRON DAHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON DAHL,<br><br>    Plaintiff,<br><br>vs.<br><br>EMERSON ELECTRIC, et al.,<br><br>    Defendant. | Case No.: C08-04850 VRW<br><br>STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER |

    Plaintiff, BYRON DAHL, and Defendants EMERSON ELECTRIC and HOME DEPOT do hereby stipulate that the Court's Pre-trial Scheduling Order shall be modified as follows:

    Jury Selection:   September 7, 2010 at 8:30 a.m.

    Trial Date:   September 13, 2010 at 8:30 a.m.

    Pre-Trial Conference:   ~~July 29, 2010 at 2:00 p.m.~~   August 5, 2010 at 3:30 PM.

1

STIPULATION MODIFYING PRETRIAL SCHEDULING ORDER

Dated: 3/22/10

LAW OFFICES OF RONALD P. RIVES

RONALD P. RIVES
Attorney for Plaintiff BYRON DAHL

Dated: 3/22/10

HENNELLY & GROSSFELD, LLP

BRIAN M. ENGLUND
Attorneys for Defendants
EMERSON ELECTRIC CO.
HOME DEPOT, U.S.A., INC.

The parties having stipulated and good cause appearing therefore,

IT IS HEREBY ORDERED, that the Pre-trial Scheduling Order is modified to the dates set forth.

Date: March 30, 2010

IT IS SO ORDERED

Judge Vaughn R Walker
Judge of the U. S. District Court