```
 1  HENNELLY & GROSSFELD LLP
    Kenneth B. Grossfeld, CSB#110641
 2  Brian M. Englund, CSB#070753
    11335 Gold Express Drive, Suite 145
 3  Gold River, California 95670
    Telephone: (916) 638-8600/Facsimile: (916) 638-8770
 4  E-mail: kgrossfeld@hgla.com

 5  Attorneys for Defendant,
    EMERSON ELECTRIC CO.
 6  And HOME DEPOT USA, INC.

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON DAHL, | CASE NO. C 08-04850 VRW |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ACTION; AND ORDER |
| v. | |
| EMERSON ELECTRIC CO., HOME DEPOT USA, INC., and DOES 1 through 30, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this entire action shall be dismissed, with prejudice, with each party to bear his/its own costs and attorneys' fees.

HENNELLY & GROSSFELD LLP

Dated: Aug 2, 2010    By: _____
                         Brian M. Englund
                         Attorneys for Defendants
                         EMERSON ELECTRIC CO.
                         and HOME DEPOT, U.S.A., INC.

Dated: July 30, 2010   By: _____
                         Ronald P. Rives
                         Attorney for Plaintiff
                         BYRON DAHL

---

1

STIPULATION FOR DISMISSAL OF ACTION; AND ORDER

1
2
**ORDER**
3
Pursuant to Stipulation, IT IS SO ORDERED.
4
5
Dated: August 13, 2010
6
_____
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Vaughn R Walker]*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28